# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

THOMAS MARTINEZ                                                                              PLAINTIFF

V.                                                       CAUSE NO. 3:14-CV-810-CWR-FKB

UNITED STATES OF AMERICA, ET AL.                                      DEFENDANTS

## ORDER

Before the Court is a dispositive motion filed by the remaining defendants, as well as the Magistrate Judge's Report and Recommendation (R&R) on that motion. *See* Docket Nos. 41 and 52. The plaintiff was granted an extension of time to respond and subsequently wrote a letter to the Court describing his current injuries, treatment, and restrictions. *See* Docket Nos. 54-55.

The Court has reviewed the motion, R&R, and correspondence. It sees no reason to deviate from the Magistrate Judge's thorough findings and conclusions. The R&R is therefore adopted as this Court's own order, and the dispositive motion is granted. A separate Final Judgment dismissing this case shall issue this day.

**SO ORDERED**, this the 20th day of September, 2017.

                                                    s/ Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE